ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Next Tier Concepts, Inc. | ) ASBCA No. 63918 |
| | ) |
| Under Contract No. 2020-20080700404-002 | ) |

APPEARANCES FOR THE APPELLANT:   James Y. Boland, Esq.
Kelly M. Boppe, Esq.
  Venable LLP
  Tysons Corner, VA

APPEARANCE FOR THE GOVERNMENT:   Erin Masini, Esq.
  Trial Attorney
  Contract Law Division
  Central Intelligence Agency

## ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket without prejudice.

Dated:  August 6, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63918, Appeal of Next Tier Concepts, Inc., rendered in conformance with the Board's Charter.

Dated:  August 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals